UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Metropolitan Life Insurance Company</u>

    v.                              Civil No. 08-cv-248-JD

<u>Judith A. Hanson, et al.</u>

<u>O R D E R</u>

After reviewing the Discovery Plan, the Interpleader Complaint, and the nature of the relief sought in the complaint, I have determined that I should recuse in light of the involvement of General Electric in this case.

SO ORDERED.

                                            /s/ Joseph A. DiClerico, Jr.
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

November 18, 2008

cc:   Jackson W. Casey, Esquire
      Jeanne P. Herrick, Esquire
      Jonathan A. Lax, Esquire
      Patrick M. McAvoy, Esquire
      William D. Pandolph, Esquire