UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Metropolitan Life Insurance Company § | |
| *Plaintiff,* § | |
| § | |
| § | |
| v. § | Civil Action No. 1:08-cv-00248-JL |
| § | |
| Judith A. Hanson, Janet M. Clauser, § | |
| Christina L. Hogan, William S. Hanson, and § | |
| Jill E. Hanson, § | |
| *Defendants.* § | |

**ORDER ON MOTION FOR DEPOSIT OF FUNDS INTO COURT REGISTRY**

Upon consideration of interpleader plaintiff Metropolitan Life Insurance Company's ("MetLife") motion for deposit of funds into court registry, it is hereby ordered that MetLife may tender the sum of $148,480, plus applicable accumulated interest as of the date of the Court's order, if any, to the Court for deposit with the Court Registry Investment System, where such amount shall remain pending further order of the Court. Upon such payment MetLife is released and discharged from further attendance upon this cause <u>and MetLife, General Electric Company, and its employee benefit plans are released from any and all liability of any kind or nature whatsoever regarding the plan benefits/life insurance proceeds.</u> *The Court included the underlined language in this order only because the parties have agreed to it.*

JL/so
11/21

DATED: November 21, 2008

_____
Presiding Justice

Law Offices of
Sulloway & Hollis, PLLC
Concord, N.H. 03302

{C0520770.1}