UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Metropolitan Life
Insurance Company</u>

    v.                     Civil No. 08-cv-00248-JL

<u>Judith A. Hanson, et al.</u>

## ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held in chambers on December 10, 2008.

The Discovery Plan (document no. 18) is **approved** as submitted. The order on the interpleader plaintiff's motion to deposit funds (document no. 20) will be supplemented with a minor modification.

Based on the discussions between the court and counsel/parties at the conference, the following are **stricken** without prejudice to being reinstated on request if warranted by the evidence:

- the plaintiff's claims for:    N/A
- the following affirmative defenses: Judith Hanson's third (failure of consideration) and fourth (statute of

limitations) and Christina's/William's/Jill's fourth (failure of consideration) and fifth (statute of limitations).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:   December 10, 2008

cc:   William D. Pandolph, Esq.
      Jeanne P. Herrick, Esq.
      Jackson W. Casey, Esq.
      Jonathan A. Lax, Esq.
      Patrick M. McAvoy, Esq.