UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Metropolitan Life Insurance Company | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:08-cv-00248-JL |
| | § | |
| Judith A. Hanson, Janet M. Clauser, | § | |
| Christina L. Hogan, William S. Hanson, and | § | |
| Jill E. Hanson, | § | |
| *Defendants.* | § | |

*[handwritten: JL 12/10/08]*

*SUPPLEMENTAL* **ORDER ON MOTION FOR DEPOSIT OF FUNDS INTO COURT REGISTRY**

Upon consideration of interpleader plaintiff Metropolitan Life Insurance Company's

("MetLife") motion for deposit of funds into court registry, it is hereby ordered that MetLife may

tender the sum of $148,480, plus applicable accumulated interest as of the date of the Court's

order, if any, to the Court for deposit with the Court Registry Investment System, where such

amount shall remain pending further order of the Court.  Upon such payment *of all funds due and owing under the plan,* MetLife is released

and discharged from further attendance upon this cause and MetLife, General Electric Company,

and its employee benefit plans are released from any and all liability of any kind or nature

whatsoever regarding the plan benefits/life insurance proceeds.

DATED: ~~November~~ *Dec.* 10, 2008

_____
Presiding Justice

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

{C0520770.1 }