# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Metropolitan Life Insurance Company

    v.         Case No. 08-cv-248-JL

Judith A. Hanson, et al.


## O R D E R

By notice dated October 16, 2008, Attorney Jackson W. Casey was instructed to register for ECF within thirty (30) days.

On October 28, 2008, Attorney Casey filed a Motion to Allow Filings in Paper Format until his PACER account was established.  This motion was granted on November 10, 2008.

On December 2, 2008 and again on December 11, 2008, the clerk's office contacted Attorney Casey by telephone as a courtesy to follow up on his obligation to register for ECF.  As of this date, more than one month after allowing Attorney Casey time to register for PACER, he has not done so.

It is herewith ordered, that Attorney Casey shall register for ECF on or before December 23, 2008 or show cause why he has not done so, along with a further motion for an extension.  Failure to do so will result in all conventionally filed documents submitted by Attorney Casey from that date forward be stricken,  no court notices or orders will be forwarded to him in paper format, and the parties shall be relieved of their obligation to provide him with paper service copies of electronic filings.

   SO ORDERED.

Date: December 16, 2008

           Joseph N. Laplante
           United States District Judge


cc:  Counsel of Record