UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Metropolitan Life Insurance Company</u>

        v.                       Civil No. 08-cv-248-JL

<u>Judith Hanson, et al.</u>

O R D E R

On December 16, 2008, the Court issued an Order for Attorney Casey to register for ECF or show cause why he had not done so, along with a further motion for extension on or before December 23, 2008.

On December 17, 2008, Attorney Casey orally requested a 30-day extension as he is without power due to the Ice Storm of 2008.

Attorney Casey's motion is granted to January 23, 2009.

SO ORDERED.

December 17, 2008                           */s/ Joseph N. Laplante*
                                              Joseph N. Laplante
                                              United States District Judge

cc:    William Pandolph, Esq.
        Jeanne Herrick, Esq.
        Jackson Casey, Esq.
        Jonathan Lax, Esq.
        Patrick McAvoy, Esq.